**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6587**

LOUIS ROY CHAPMAN,

Plaintiff - Appellant,

v.

PHYLLIS SMITH, Education Director, LVCC; DINAH KREITZ; SHANIQUA
MOORE, Law Library, LVCC; DAVE ROBINSON, Chief of Operations, LVCC; T.
WALKER, Recreation Supervisor; MARILYN SHAW, Assistant Warden Program,
LVCC; CRYSTAL JONES, Facility Ombudsman, LVCC; RENEE WOODSON,
Regional Ombudsman, VDOC; K. COSBY, Regional Ombudsman, VDOC;
LAURA TORGESON; TAMIKA SOMMERVILLE; TALIA NEVILLE;
KIAESHIA THOMAS; COMMONWEALTH OF VIRGINIA; GLOBAL
EXPERTS AND OUTSOURCING, INC.,

Defendants - Appellees,

and

JENNIFER WALKER, Food Service Director, LVCC; N. C. EDMONDS, Captain,
LVCC; MASON, Food Service Supervisor, LVCC; J. SMITH, Health Services
Administrator, LVCC; SUSAN MINTER, Nurse Practitioner, LVCC; KEEFE
CORPORATION, INC.,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  John A. Gibney, Jr., District Judge.  (3:18-cv-00597-JAG-RCY)

Submitted:  September 14, 2021                    Decided:  September 20, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Louis Roy Chapman, Appellant Pro Se. John P. O'Herron, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Roy Chapman appeals the district court's orders denying his motion to recuse, dismissing as frivolous or for failure to state a claim several of his claims, and granting Defendants summary judgment on the remaining claims in this 42 U.S.C. § 1983 action. We have reviewed the record and Chapman's informal brief and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chapman v. Smith*, No. 3:18-cv-00597-JAG-RCY (E.D. Va. Mar. 31, 2020; Sept. 21, 2020; Sept. 24, 2020; Mar. 3, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*